# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00775-CV

### In re Miguel Castillo

### R. H., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY,
## NO. 15-FL-221, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of R. H.  The subject of this proceeding is Miguel Castillo, appellant's attorney.

Appellant filed her notice of appeal on November 14, 2016, and her brief was due January 3, 2017.  On December 29, 2016, we ordered counsel to file appellant's brief no later than January 23, 2017.  To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Miguel Castillo shall appear in person before this Court on **Wednesday**, **February 22, 2017**, at **9:00 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our December 29, 2016 order.  This order to show

cause will be withdrawn and Castillo will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before **February 21, 2017 at 12:00 p.m**.

It is ordered on February 1, 2017.

Before Chief Justice Rose, Justices Field and Bourland